# RESIDENTIAL LEASE
## THIS IS INTENDED TO BE A LEGALLY BINDING AGREEMENT READ IT CAREFULLY (12/17)

Landlord and Tenant agree that Tenant's performance of and compliance with each of the terms hereof constitutes a condition on Tenant's right to occupy Premises. Any failure of compliance or performance by Tenant shall allow Landlord to forfeit Tenant's right of possession.

Please make checks payable to: __Miller & Desatnik__ Trust Account.
Los Angeles, California __August 18__ 20__20__. Miller & Desatnik Management Company, Landlord/Manager, and __Krystin Wills__ Tenant, agree as follows:

1. Landlord leases to Tenant and Tenant hires from Landlord those premises described as: __128 Camden Dr #204 Beverly Hills CA 90212__ BDRMS __0__ BATHS __1__
If there is a refrigerator it will not be repaired but removed in case of malfunction.

2. The term of this lease shall be for a period of __12__ months; __1__ year(s) commencing __September 1__ 20__20__ & terminating __August 31__ 20__21__.

3. Tenant agrees to pay rent $__1890__ per month in advance, due and payable on the **FIRST** day of each and every month for the term of the lease. Rent and other monetary obligations may be paid by check; however, if for any reason any such check is unpaid/dishonored when presented for payment, the privilege of paying by check is automatically and irrevocably terminated. Returned-Check charges and late Charges shall be enforced pursuant to the amounts on attached addendum and should be rendered at the time of payment.
$_____ to prorate from _____ thru _____. Thereafter, rent will be due and payable on the **FIRST** of each and every month. Upon the expiration of this lease, either party may terminate this rental agreement by giving a written notice 30 days in advance.
The rent shall be paid at 3623 Motor Avenue, Los Angeles, CA 90034 OR to the Resident Manager; Monday-Friday 10am-5pm, Attn: __Supervisor__; (310) 838-1828, or at any address designated by the Landlord/Manager in writing.

4. $__1800__ as security has been deposited. Landlord may use there from such amounts as are reasonably necessary to remedy Tenant's defaults in the payment of rent, late fees, to repair damages caused by Tenant, & to clean the premises upon termination of tenancy, pursuant to Civil Code 1950.5. The security deposit is not to be used as any part of the last month's rent. Written notice to vacate must be given at least thirty days in advance. Balance of security deposit, if any, together with a written itemized accounting shall be mailed to Tenant's last known address within 21 days of surrender of premises. Premises are deemed surrendered when all keys are turned into Landlord or Landlord's representative.

5. Tenant agrees to pay for all utilities & services based upon occupancy of the premises, except water & _____.

6. Tenant has examined the premises & all furniture, furnishings & appliances, if any, & fixtures contained therein, & accepts the same as being clean, in good order, condition, & repair, with the following exceptions: _____

7. **The premises are leased for maximum occupancy #__1__ use as a residence by the following named persons only:** __Krystin Wills__

8. No animal or pet shall be kept on or about the premises without Landlord's prior written consent. _____

9. Any holding over at the expiration of this lease shall create a month-to-month tenancy at a monthly rent of the current rate payable in advance. All other terms & conditions herein shall remain in full force and effect.

10. Tenant shall not disturb, annoy, endanger or interfere with other Tenants of the building, or neighbors, nor use the premises for any unlawful purposes, nor violate any law or ordinance, nor commit waste or nuisance upon or about the premises.

11. Tenant agrees to comply with all reasonable rules or regulations posted on the premises or delivered to the Tenant by Landlord. Tenant shall keep the premises & furniture, furnishings and appliances, if any, & fixtures, which are leased for his exclusive use in good order & condition & pay for any repairs to the property caused by Tenant's negligence or misuse or that of Tenant's invitees. Landlord shall otherwise maintain the property. Tenant's personal property is not insured by Landlord under any circumstances. Tenant shall obtain and pay for insurance coverage necessary to protect tenant's personal property.

12. Tenant shall not paint, wallpaper, nor make alterations to the property without Landlord's prior written consent.

13. Upon not less than 24 hours advance notice, Tenant shall make the premises available during normal business hours to Landlord or his authorized agent or representative, for the purpose of entering (a) to make necessary agreed repairs, decorations, alterations or improvements, or to supply necessary or agreed services, and (b) to show the premises to prospective or actual purchasers, mortgagees, tenants, workers or contractors. In an emergency, Landlord, his agent or authorized representative may enter the premises at any time without securing prior permission from Tenant for the purpose of making corrections or repairs to alleviate such emergency.

14. Tenant shall not let or sublet all or any part of the premises, nor assign this lease or any interest in it without the prior written consent of landlord. This is to include any or all roommate changes. Approved per additional occupant rent 10%.

15. If Tenant abandons or vacates the premises, Landlord may at his option terminate this lease, and regain possession in the manner prescribed by law.

16. In the event that it is deemed necessary by landlord to bring an action (including serving any notices leading up to an action) for possession or money damages, then landlord shall be entitled to recover, in addition to all other relief, landlord's attorney fees and court costs and disbursements whether the matter proceeds to judgment or to any other final disposition. The prevailing party shall be entitle to recover attorney fees not to exceed $500.00.

17. Time is of the essence. The waiver by Landlord or Tenant of any breach shall not be construed to be a continuing waiver of any subsequent breach.

18. Notice upon Tenant shall be served as provided by law. Notice upon Landlord/Owner may be served upon: Miller & Desatnik Management Company at 3623 Motor Ave., Los Angeles, CA 90034; (310) 838-1828.

19. Within 10 days after written notice Tenant agrees to execute and deliver an estoppel certificate, as submitted by Landlord, acknowledging that this agreement is unmodified and in full force and effect, or in full force and effect as modified and stating the modifications. Failure to comply shall be deemed Tenant's acknowledgment that the certificate as submitted by Landlord is true and correct and may be relied upon by any lender or purchaser.

20. No liquid furniture allowed in the premises. No fixtures may be hung from ceiling, if the unit has radiant heat coils.

The undersigned Tenant acknowledges having read the foregoing prior to execution and receipt of a copy hereof.
An addendum containing additional terms is attached.

Landlord _[signature]_ Tenant _____

Tenant _____ Tenant _____

EXHIBIT 1

# RESIDENTIAL LEASE
### THIS IS INTENDED TO BE A LEGALLY BINDING AGREEMENT READ IT CAREFULLY (12/17)

Landlord and Tenant agree that Tenant's performance of and compliance with each of the terms hereof constitutes a condition on Tenant's right to occupy Premises. Any failure of compliance or performance by Tenant shall allow Landlord to forfeit Tenant's right of possession.

Please make checks payable to: **Miller & Desatnik** Trust Account.
Los Angeles, California **August 13** 20**20**. Miller & Desatnik Management Company, Landlord/Manager, and **Krystin Wills** Tenant, agree as follows:

1. Landlord leases to Tenant and Tenant hires from Landlord those premises described as: **125 Camden Dr. #204 Beverly Hills CA 90212** BDRMS **0** BATHS **1**
If there is a refrigerator it will not be repaired but removed in case of malfunction.

2. The term of this lease shall be for a period of **12** months; **1** year(s) commencing **September 1** 20**20** & terminating **August 31** 20**21**.

3. Tenant agrees to pay rent $**1890** per month in advance, due and payable on the FIRST day of each and every month for the term of the lease. Rent and other monetary obligations may be paid by check; however, if for any reason any such check is unpaid/dishonored when presented for payment, the privilege of paying by check is automatically and irrevocably terminated. Returned-Check charges and late Charges shall be enforced pursuant to the amounts on attached addendum and should be rendered at the time of payment.
$_____ to prorate from _____ thru _____. Thereafter, rent will be due and payable on the FIRST of each and every month. Upon the expiration of this lease, either party may terminate this rental agreement by giving a written notice 30 days in advance.
The rent shall be paid at 3623 Motor Avenue, Los Angeles, CA 90034 OR to the Resident Manager; Monday-Friday 10am-5pm, Attn: **Supervisor**; (310) 838-1828, or at any address designated by the Landlord/Manager in writing.

4. $**1800** as security has been deposited. Landlord may use there from such amounts as are reasonably necessary to remedy Tenant's defaults in the payment of rent, late fees, to repair damages caused by Tenant, & to clean the premises upon termination of tenancy, pursuant to Civil Code 1950.5. The security deposit is not to be used as any part of the last month's rent. Written notice to vacate must be given at least thirty days in advance. Balance of security deposit, if any, together with a written itemized accounting shall be mailed to Tenant's last known address within 21 days of surrender of premises. Premises are deemed surrendered when all keys are turned into Landlord or Landlord's representative.

5. Tenant agrees to pay for all utilities & services based upon occupancy of the premises, except water & **electric**.

6. Tenant has examined the premises & all furniture, furnishings & appliances, if any, & fixtures contained therein, & accepts the same as being clean, in good order, condition, & repair, with the following exceptions: _____

7. The premises are leased for maximum occupancy # **1** use as a residence by the following named persons only: **Krystin Wills**

8. No animal or pet shall be kept on or about the premises without Landlord's prior written consent. _____

9. Any holding over at the expiration of this lease shall create a month-to-month tenancy at a monthly rent of the current rate payable in advance. All other terms & conditions herein shall remain in full force and effect.

10. Tenant shall not disturb, annoy, endanger or interfere with other Tenants of the building, or neighbors, nor use the premises for any unlawful purposes, nor violate any law or ordinance, nor commit waste or nuisance upon or about the premises.

11. Tenant agrees to comply with all reasonable rules or regulations posted on the premises or delivered to the Tenant by Landlord. Tenant shall keep the premises & furniture, furnishings and appliances, if any, & fixtures, which are leased for his exclusive use in good order & condition & pay for any repairs to the property caused by Tenant's negligence or misuse or that of Tenant's invitees. Landlord shall otherwise maintain the property. Tenant's personal property is not insured by Landlord under any circumstances. Tenant shall obtain and pay for insurance coverage necessary to protect tenant's personal property.

12. Tenant shall not paint, wallpaper, nor make alterations to the property without Landlord's prior written consent.

13. Upon not less than 24 hours advance notice, Tenant shall make the premises available during normal business hours to Landlord or his authorized agent or representative, for the purpose of entering (a) to make necessary agreed repairs, decorations, alterations or improvements, or to supply necessary or agreed services, and (b) to show the premises to prospective or actual purchasers, mortgagees, tenants, workers or contractors. In an emergency, Landlord, his agent or authorized representative may enter the premises at any time without securing prior permission from Tenant for the purpose of making corrections or repairs to alleviate such emergency.

14. Tenant shall not let or sublet all or any part of the premises, nor assign this lease or any interest in it without the prior written consent of landlord. This is to include any or all roommate changes. Approved per additional occupant rent 10%.

15. If Tenant abandons or vacates the premises, Landlord may at his option terminate this lease, and regain possession in the manner prescribed by law.

16. In the event that it is deemed necessary by landlord to bring an action (including serving any notices leading up to an action) for possession or money damages, then landlord shall be entitled to recover, in addition to all other relief, landlord's attorney fees and court costs and disbursements whether the matter proceeds to judgment or to any other final disposition. The prevailing party shall be entitle to recover attorney fees not to exceed $500.00.

17. Time is of the essence. The waiver by Landlord or Tenant of any breach shall not be construed to be a continuing waiver of any subsequent breach.

18. Notice upon Tenant shall be served as provided by law. Notice upon Landlord/Owner may be served upon: Miller & Desatnik Management Company at 3623 Motor Ave., Los Angeles, CA 90034; (310) 838-1828.

19. Within 10 days after written notice Tenant agrees to execute and deliver an estoppel certificate, as submitted by Landlord, acknowledging that this agreement is unmodified and in full force and effect, or in full force and effect as modified and stating the modifications. Failure to comply shall be deemed Tenant's acknowledgment that the certificate as submitted by Landlord is true and correct and may be relied upon by any lender or purchaser.

20. No liquid furniture allowed in the premises. No fixtures may be hung from ceiling, if the unit has radiant heat coils.

The undersigned Tenant acknowledges having read the foregoing prior to execution and receipt of a copy hereof. An addendum containing additional terms is attached.

Landlord _____  Tenant **Krystin Wills**

Tenant _____  Tenant _____

MILLER & DE SATNIK MANAGEMENT CO.                                LEASE ADDENDUM

ADDRESS  153 Camden Dr                              APT. # 204

ANY DAMAGE OR THEFT TO ANY PERSONAL PROPERTY SHALL BE THE SOLE AND EXCLUSIVE RESPONSIBILITY OF THE TENANT AND THE LANDLORD SHALL NOT BE LIABLE FOR SUCH DAMAGE OR THEFT OCCURRENCES. (SEE "LIABILITY" BELOW).

## LIABILITY

Landlord will not be liable to any tenant, guest or occupant for damage or loss to person or property caused by other persons, including theft, burglary, assault, vandalism or other crimes. Landlord will not be liable to any Tenant, guest or occupant for personal injury or for damage to or loss of their personal property (furniture, jewelry, clothing etc.) from fire, flood, water leaks, rain, hail, ice, snow, smoke, lightning, wind, explosions, interruption of utilities or other occurrences. Tenants agrees **TO SECURE THEIR OWN INSURANCE TO PROTECT TENANT'S PERSONAL PROPERTY AGAINST ALL OF THE ABOVE OCCURRENCES.** What does this paragraph mean: The amount of monetary damage caused to Owner/Landlord by renter's breach of this agreement shall be deemed to be an amount equal to the amount of any loss sustained by the renter by any such act or event and shall offset any claim by Renter against Landlord/Owner. Tenant agrees to exercise due care for the safety and security of Tenant and all persons in Tenant's apartment, especially in the use of deadbolts and night latches. Tenant acknowledges that any precautionary devices such as locks, alarms, gates, video camera etc. provided should not and will not be treated by Tenant as a guarantee and security against crime and that Landlord is not an insurer of security by reason of the installation of said locks, alarms, gates, and video cameras, etc., and since from the nature of the installation of said devices is difficult to ascertain the actual damages which may result from the failure of any of the said devices to operate properly, it is agreed that in the event of a failure to operate properly and a resulting loss, Landlord will not be liable and responsible for any liquidated damages.                                           Tenant Initial ____

## LATE CHARGES

Rents that are not received on or before the due date will be subject to a $75.00 late charge. There will be a $75.00 charge for any returned check in addition to a $75.00 late charge. Such Late Charge and/or Returned Check Charge may be deemed additional rent by inclusion in an eviction notice or may be deducted from Lessee's Security Deposit. Tenant agrees that late charge is presumed to be damages sustained because of Tenant's late payment of rent, it is extremely difficult and impractical to fix the actual damage. All of Lessee's monetary obligations hereunder are deemed rent. In the event that it is deemed necessary by landlord to bring an action (including serving any notices leading up to an action) for possession or money damages, then landlord shall be entitled to recover, in addition to all other relief, landlord's attorney fees and court costs and disbursements whether the matter proceeds to judgment or to any other final disposition.

## NO SUBLETTING/ROOMMATE CHANGES

The Premises shall not be occupied by more than the maximum number nor any person other than the named occupant as set out in #7 of the lease agreement without the advance written consent of the Landlord. This office must be made aware of any occupancy changes or additional occupants to your unit by submitting an ADDENDUM FORM supplied by this office. Landlord must first approve the new roommate or occupant in advance prior to moving in the unit. Any person staying 7 days cumulative or longer, without written approval from Landlord, shall be considered as additional occupant and is in violation of the lease agreement. If Landlord (with written consent) allows for additional persons to occupy premises, the rent shall increase as prescribed by law. Any inhabitant who is not a named renter on the lease agreement is not a TENANT. Any such inhabitant, including a minor child who has become an adult while occupying the Premises, still in possession of the premises at the end of the tenancy or when the unit is vacated by the Last Renter, will be considered a subtenant not approved by the Landlord/Owner. TENANT shall not take in or allow occupancy by any person whether that person is deemed a boarder, lodger, roommate or guest; and furthermore said occupancy shall be deemed an illegal subtenancy. It shall also be considered an illegal subtenancy if TENANT allows guests to share TENANT's premises (whether TENANT remains in the premises with guest during guest's stay or not). This paragraph includes, but is not limited to situations where TENANT makes said sharing agreement via websites such as AirBnb, HomeAway, or in other ways.                        Tenant Initital ____

## MOVING/SECURITY DEPOSIT

TO NOT LOSE YOUR SECURITY DEPOSIT: BEFORE YOU VACATE, our office must receive a **"THIRTY DAY WRITTEN NOTICE"** of your intent to vacate, **KEYS MUST BE SURRENDERED ON THE LAST DAY OF OCCUPANCY TO OUR OFFICE OR YOUR RESIDENT MANAGER TO AVOID FURTHER RENT CHARGES.** Pursuant to Civil Code 1950.5: Upon termination of tenancy or surrender of keys, the renter shall return the Premises in as good order and condition as when received, and free of Renter's personal property. deposit shall be refunded to TENANT within 21 days after the Premises have been completely vacated less any amount necessary to pay for: (A) any past or future rent owed hereunder; (B) late rent or NSF charges assessed; (C) cleaning costs to restore the unit to the condition it was in when TENANT first occupied said unit; (D) key replacement costs; (E) costs for repair of damages to the Premises or Property, removal of trash, debris and other conditions, shall not be deemed reasonable ordinary wear and tear; (F) costs to restore, replace, or return personal property or appurtenances taken or damaged by TENANT; (G) costs to restore, replace, or return Premises to condition it was in prior to TENANT's alterations of it; (H) any other repair legally chargeable to TENANT under the terms of this Agreement, or the law. No interest shall be paid on the security deposit unless specifically required by law. **A SECURITY DEPOSIT IS NEVER TO BE USED AS RENT.** Your security deposit will be refunded in the form of ONE check that will be made payable to all tenants listed on the lease agreement.

## PAINTING

PAINTING will be pro-rated on a three-year life. If you vacate prior to three years of occupancy, you will be responsible for the remaining life of the paint job.


(PAGE 1 OF 6)                                      TENANT INITIAL(S) ____

**EXAMPLE:**

Painting cost of $300.00 would be divided by 36 months (3 years) equaling $8.33/month times the number of months remaining after you vacate up until the 36-month period. If you vacate after one year there will be 24 months remaining on the life of the paint job. $8.33 times 24 months would result in a charge of $199.92.

## NON-CURABLE BREACH

Tenant shall not permit his or her family member(s), occupant(s), or guest(s) to commit any violation of the law regarding possession, use, manufacture, storage or sale of narcotics or other controlled substances on or adjacent to the premises. Police raid upon the premises resulting in the arrest and conviction of the tenant for possession/sale/storage of any illegal narcotics/controlled substance/chemical contraband in and around the premises and/or aiding/abetting any family member, guest in any such activity; misrepresentation or material omission on Renter's Rental Application shall constitute a NON-CURABLE Breach of the rental lease agreement. Furthermore, it shall be a non-curable breach of this Agreement (and thus cause for immediate eviction) for any guest of Tenant while in the Premises or on the Property, or within the City, to engage in any (a) illegal drug-related activity or (b) other criminal activity. Tenant understands that Tenant is strictly liable for the conduct of guests and others mentioned in this paragraph, and Tenant will be evicted even if Tenant did not know, could not foresee, or could not control the behavior by the others mentioned in this paragraph

## UTILITIES

Utilities will be turned off immediately in the name of the Owners, unless otherwise stated in your Rental Agreement. Please turn on utilities in your name as soon as you take possession of the premises.

## OTHER

-Any rent payment given will always be first applied to outstanding balances, late fees or other charges, with the balance of the payment applied to rent due. Acceptance of rent payment tendered by a third party/person not named on the lease shall not create any new tenancy, shall not establish person's right of possession and shall be interpreted only as an accommodation to tenant.

-None of the following shall be kept in/ or around the common area premises or on the Property, including but not limited to plants, bicycles, Gas BBQ Grill, **SATELLITE DISHES**, highly combustible materials, or any items which may cause a hazard is to be stored in the common areas and patios or balconies. The common areas include but are not limited to carports, parking spaces and open patios. Only patio furniture is allowed on balconies and patios.

-Resident shall use only the parking space assigned to him/her. Residents shall use the assigned space for the parking of operable, licensed and currently registered passenger automobile only. Washing, painting, and repairs of vehicles in the parking area, in and around the premises are not permitted. Renter shall not assign or sublet any such parking space. Unauthorized vehicles will be towed away at renter's expense. Upon written notice to Renter, Owner may terminate Renters parking privileges or change the size and location of Renter's parking space.

## MAINTENANCE

Tenant shall properly use and operate all electrical, gas and plumbing fixtures. Gas fireplaces, if you have one, are for ornamental use only and are not to be used for heat. Excess use may result in damage to the fireplace unit. Such repairs will be billed to tenant. Tenant shall not tamper with nor remove any smoke or carbon monoxide detectors or fire alarm equipment, and must advise Landlord immediately of any equipment malfunction. Tenant will be charged for any damages for failure to comply with these conditions. Tenant shall not install or use dishwashers, air conditioners, or satellite dishes except those supplied by Landlord or approved by Landlord in writing. Tenant shall deposit all garbage in a clean and sanitary manner into the proper receptacles. Tenant shall cooperate and follow recycling City ordinance, disposing all trash and recyclables in the proper trash receptacles.

## PLUMBING

Please be aware of the following precautions you can take to assure that your plumbing lines stay clear.
**Toilets:** Toilets are made to handle human waste and toilet paper **ONLY.**
Do not put anything else down your toilet including sanitary pads, tampons, dental floss, facial tissue, or paper towels. (There are times when low-flow toilets need a little help, and at times can be cleared with a plunger. Having a plunger at hand can be a valuable tool.)
**Basins Sinks:** Only water should go down your basin sink.
**Do not wash dental floss, hair, or any other object down the basin drain.**

**Garbage Disposals & Sinks:** Only food substances should be washed down the garbage disposal with plenty of cold water. Tenants shall be responsible for keeping out of the kitchen garbage disposal or sink: egg shells, fibrous or stringy vegetables, coffee grounds, tea bags, potato skins, onion skins, grease or oil, rice, pasta, starchy vegetable and bones. This list is guideline and is not all inclusive of articles that will cause stoppages. If your garbage disposal will not turn on, press the reset button located at the bottom of the disposal unit under your sink. Tenant shall pay for the clearing/cleaning of any plumbing fixtures necessitated by misuse. Service calls resulting in service charges from maintenance personnel for pressing the reset button will be billed to the tenant.

As a preventative measure, you may want to use Liquid Plumber, or other similar products, as directed in your basins and sinks. **DO NOT USE CRYSTALLIZED DRAIN CLEANERS AS THEY CAN ERODE PIPES.**

## DAMAGE/DESTRUCTION

If the Premises, structure, and/or building are totally or partially destroyed and become unavailable for occupancy during the term of this agreement due to fire, earthquake, other natural casualty, Acts of God beyond the control of the Landlord/Owner and Renter, to the extent provided for in California Civil Code 1933(4) for a period of twenty (20) days or more, then, and only then, either party hereto may terminate this agreement with written notice to all parties, and without final obligation.

TENANT INITIAL _/s/_

2

**REQUIRED NOTICES:**
All Rents shall be made payable to: *Miller & Desatnik Management Co.* Attention: _____;
Address: *3623 Motor Avenue, Los Angeles, CA 90034*; Telephone # (310) 838-1828. During normal business hours: *Monday to Friday: 10am to 5:00pm - Saturday/Sunday 11:30am - 3:30pm.*
Service of Notices: Personal Service of the manager may be affected by:
Name: *Miller & Desatnik Management Co*; 3623 Motor Avenue, Los Angeles, CA 90034. Telephone # (310) 838-1828; Resident Manager if any: _____
Personal Service of Owner may be affected by: *C/O Miller & Desatnik Management; 3623 Motor Avenue, Los Angeles, CA 90034. Contact # (310) 838-1828.*

## TENANT NOTIFICATION

In accordance with SB 1969 (Polanco) Chapter 645 & Section 290.46 of the Penal Code we hereby give notice that sex offender databases are maintained by law enforcement agencies and that the public may access them via an Internet Website at www.meganslaw.ca.gov.

**The California Safe Drinking Water and Toxic Enforcement Act (Prop. 65)**
requires the Governor to publish a list of chemicals known to the state to cause cancer or reproductive toxicity, and it requires California businesses to warn customers of possible exposure to toxic chemicals such as, but not limited to: Smoking, Auto Exhaust Fumes and Barbecue Smoke. Because of Proposition 65 the owner is required to put you on notice of the following at this time: **THIS PROPERTY CONTAINS SUBSTANCES IDENTIFIED BY THE STATE TO CAUSE CANCER, BIRTH DEFECTS AND OTHER REPRODUCTIVE INJURY.**
This warning is given to you as required by law, California Safe Drinking Water and Toxic Enforcement Act as per California Health & Safety Code, Sec. 25249.5 ET. Seq.

## NO SMOKING IN PREMISES NOR ON PROPERTY

There shall be no smoking by anyone on the Property, or within 25 feet of the Property, or within TENANT's Premises. It shall be a material breach of this Agreement if TENANT, TENANT's guests, or anyone residing at the Premises with TENANT, smokes in violation of this paragraph. Landlord declares smoking anywhere on the Property, including within TENANT's Premises a public nuisance. Smoking includes any legal or non-legal substance. This prohibition includes marijuana whether or not obtained with a prescription and whether or not legal under State or Federal laws. However, HP shall not be liable to TENANT for damages if TENANT is harmed by other tenant or person smoking on the Property.

## PEST CONTROL NOTICE

State Law requires that you be given the following information:
CAUTION-PESTICIDES ARE TOXIC CHEMICALS. Structural Pest Control Operators are licensed and regulated by the Structural Pest Control Board and apply pesticides which are registered and approved for use by the California Department of Food and Agriculture and the United Sates Environmental Protection Agency. Registration is granted when the state finds that based on existing scientific evidence there are no appreciable risks if proper use conditions are followed or that the risks are outweighed by the benefits. The degree of risk depends on the degree of exposure, so the exposure should be minimized. If within 24 hours following the application you experience symptoms similar to common seasonal illness comparable to the flu, or any other symptoms of over exposure, contact your physician or poison control center, LOS ANGELES, SANTA BARBARA, AND VENTURA COUNTIES (800) 876-4766 and your pest control operator immediately through Miller & Desatnik Management Co., Inc.
For further information, contact any of the following:
Los Angeles County (800) 427-8700
For Applications information, call the Agricultural Commissioner:
Los Angeles County (626) 575-5471
For Regulatory information:
Structural Pest Control Board (916) 263-2540  1430 Howe Avenue, Sacramento, CA. 95825

## Information about Bed Bugs (Civil Code 1954.603)

**Bed bug Appearance:** Bed bugs have six legs. Adult bed bugs have flat bodies about 1/4 of an inch in length. Their color can vary from red and brown to copper colored. Young bed bugs are very small. Their bodies are about 1/16 of an inch in length. They have almost no color. When a bed bug feeds, its body swells, may lengthen, and becomes bright red, sometimes making it appear to be a different insect. Bed bugs do not fly. They can either crawl or be carried from place to place on objects, people, or animals. Bed bugs can be hard to find and identify because they are tiny and try to stay hidden. Life Cycle and Reproduction: An average bed bug lives for about 10 months. Female bed bugs lay one to five eggs per day. Bed bugs grow to full adulthood in about 21 days. Bed bugs can survive for months without feeding.

**Bed bug Bites:** Because bed bugs usually feed at night, most people are bitten in their sleep and do not realize they were bitten. A person's reaction to insect bites is an immune response and so varies from person to person. Sometimes the red welts caused by the bites will not be noticed until many days after a person was bitten, if at all.

Common signs and symptoms of a possible bed bug infestation:
• Small red to reddish brown fecal spots on mattresses, box springs, bed frames, mattresses, linens, upholstery, or walls.
• Molted bed bug skins, white, sticky eggs, or empty eggshells.
• Very heavily infested areas may have a characteristically sweet odor.
• Red, itchy bite marks, especially on the legs, arms, and other body parts exposed while sleeping. However, some people do not show bed bug lesions on their bodies even though bed bugs may have fed on them.

For more information, see the Internet Web sites of the United States Environmental Protection Agency and the National Pest Management Association.

Tenants shall cooperate with the inspection to facilitate the detection and treatment of bed bugs, including providing requested information that is necessary to facilitate the detection and treatment of bed bugs to the pest control operator. **Procedure to Report:** Please send your request in writing by coming to our office or faxing the request to: *Miller & Desatnik Management Company; 3623 Motor Avenue, Los Angeles, CA 90034; Fax # (310) 841-2161; Telephone (310) 838-1828. You may call our maintenance line 24/7 @ 310 8391224 to report the problem.*

## LEAD WARNING STATEMENT

Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, owners must disclose the presence of known lead-based paint hazards in the dwelling. Renters must also receive a federally approved pamphlet on lead poisoning prevention. Landlord has no knowledge of lead-based paint and/or lead-based paint hazards in the Premises. Landlord has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the Premises.

## Tenant's Acknowledgement

_KW_ Tenant has received the pamphlet Protect Your Family from Lead in Your Home.
initial

_KW_ Other than landlord's claims with respect to the tenant's nonpayment of rent that can be raised in an
initial action of unlawful detainer and the tenant's defenses thereto that can be raised in an action of unlawful detainer, all disputes between the parties shall be resolved by binding arbitration in accordance with the rules established by ADR Services, Inc. ("ADR"). The scope of matters to be arbitrated shall, except as provided above, include, but not be limited to, all claims made by the landlord and all claims made by the tenant including, but not limited to, any persons occupying the subject premises, against the landlord and landlord's agents, successors, attorneys, officers, directors, members, shareholders, employees, contractors and the like with respect to any issue, as stated in this Paragraph that arises out of the tenant's occupancy of the premises."


_KW_ In the event an action is brought by any party to enforce any term of this agreement or to recover
initial possession of the premises, the prevailing party shall recover from the other party, reasonable attorney fees not to exceed $500.00.

_KW_ Tenant must notify Landlord with a written notice stating what item(s) needs service or repair and give
initial Landlord a reasonable opportunity to service or repair said item(s). Should any charges be incurred by Landlord from the City as a result of not notifying the Landlord in writing of such needed service or repairs, tenant shall be responsible for a minimum of $201.50 or actual charges by the City to the Landlord for each occurrence.

_KW_ Tenant has received a copy of "Protect Your Family From Lead In Your Home"
initial

## Lease Addendum – Mold Notification

It is our goal to maintain the highest quality living environment for our residents. Therefore, know that the Owner/Agent has inspected the unit prior to lease and knows of no damp or wet building materials and knows of no mold or mildew contamination. Resident is hereby notified that mold, however, can grow if the premises are not properly maintained or ventilated. If moisture is allowed to accumulate in the unit, it can cause mildew and mold to grow. It is important that Residents regularly allow air to circulate in the apartment. It is also important that Residents keep the interior of the unit clean and that they promptly notify the Owner/Agent, within

_KW_ 48 hours, of any leaks, moisture problems, and/or mold growth.
Initial

Resident/Tenant acknowledges having inspected the premises, and every part thereof prior to moving in and has found no signs of moisture, mold or mildew. Resident agrees to maintain the premises in a manner that prevents the occurrence of an infestation of mold or mildew in the premises. Resident agrees to uphold this responsibility in part by complying with the following list of responsibilities:

1. Resident agrees to keep the unit free of dirt and debris that can harbor mold.
2. Resident agrees to immediately report to the Owner/Agent any water intrusion, such as plumbing leaks, drips, or "sweating" pipes.
3. Resident agrees to notify Owner/Agent of overflows from bathroom, kitchen, or unit laundry facilities, especially in cases where the overflow may have permeated walls or cabinets.
4. Resident agrees to report to the Owner/Agent any significant mold growth on surfaces inside the premises.
5. Resident agrees to allow the Owner/Agent to enter the unit to inspect and make necessary repairs.
6. Resident agrees to use bathroom fans while showering or bathing and to report to the Owner/Agent any non-working fan.
7. Resident agrees to use exhaust fans whenever cooking, dishwashing, or cleaning.
8. Resident agrees to use all reasonable care to close all windows and other openings in the premises to prevent outdoor water from penetrating into the interior unit.
9. Resident agrees to clean and dry any visible moisture on windows, walls, and other surfaces, including personal property, as soon as reasonably possible. (Note: Mold can grow on damp surfaces within 24 to 48 hours.)
10. Resident agrees to notify the Owner/Agent of any problems with the air conditioning or heating systems that are discovered by the Resident.
11. If Lifestyle mold, which is mold developed on the premises by improper ventilation or housekeeping practices by tenant, needs to be professionally cleaned or remediated it will be done so at the tenant's expense.
12. Resident agrees to indemnify and hold harmless the Owner/Agent from any actions, claims, losses, damages, and expenses, including, but not limited to, attorneys' fees that the Owner/Agent may sustain or incur as a result of the negligence of the Resident or any guest or other person living in, occupying, or using the premises.

4

13. Landlord and TENANT wish to relieve each other of contractual and tort liability arising out of the presence of mold, except as otherwise set forth in this paragraph. Both parties agree that it is not reasonably possible to obtain insurance coverage for Landlord's or TENANT's injuries based on mold related occurrences.
14. Landlord and TENANT understand and agree that the presence of mold can be occasioned through the fault of either party or of neither party. For instance any leak which tenant causes, or knows about or should know about but fails to immediately report to Landlord could produce mold and cause substantial damage to the property and require a large amount of money for remediation.
15. Tenant/Resident warrants that Landlord is unaware of the presence of any mold in TENANT's unit as of the date of TENANT's occupancy. If mold appears, Landlord shall be required to immediately eradicate it upon notice. However, TENANT shall be responsible for damages caused by TENANT, or TENANT's failure to report mold upon detection.
16. TENANT hereby waives and relinquishes any claim against Landlord for contractual and/or tort damages (including but not limited to, personal injury and emotional distress), which arises due to the presence of mold; but said waiver is only for the time period prior to Landlord having actual notice of the mold. Thus TENANT understands and agrees that Landlord shall have no liability to TENANT for TENANT's injuries incurred by the presence of mold occurring during the time Landlord has no actual knowledge of said mold.
17. Landlord may inspect TENANT's apartment from time to time to determine if any mold condition exist. TENANT shall immediately notify HP in writing if TENANT discovers the existence of any mold or water leak.

Nothing in the foregoing list obligates Landlord to pay TENANT for any damages incurred from Mold.

The Undersigned Tenant acknowledges having read the foregoing prior to execution and receipt of a copy thereof.

| TENANT (signed) | DATE 02/18/20 | TENANT | DATE |
|---|---|---|---|
| TENANT | DATE | TENANT | DATE |

## HOUSE RULES

- Rent is payable in advance on or before the due date.
- No automobile repairs or mechanical work is permitted on the premises.
- The tenant shall refrain from using common areas for utilities for any reason e.g. (washing vehicles, pets or charging of electric vehicles, in addition this is a safety hazard.
- Laundry facilities should only be used between the hours of 7:00 am and 10:00 pm.
- No pets permitted, unless approved in writing.
- Potted plants are allowed inside your apartment only, not on balconies or balcony ledges, patios, outside your door or any other location.
- No personal belongings including bicycles, barbeque grill, potted plants, play equipment or other items may be placed in halls, stairways, balconies or balcony ledges, outside your front door, or anywhere about the building.
- Personal items are to be stored, inside your apartment only, not in the common areas such as your porch, parking space etc. Do not hang towels, mops etc. on your balcony.
- Garbage should be contained in a tied-plastic bag prior to depositing into communal rubbish container.
- Check to make sure your smoke detectors work at least twice a year, and if inoperable must be reported immediately. Do not tamper with nor remove smoke detectors.
- Leaking faucets and running toilets should be reported immediately. Tenant will be responsible for water bill overage.
- Noise levels must not disturb neighbors. All conversations, musical instruments, television sets, stereos, radios etc., are to be at a moderate volume so they do not disturb your neighbors and should not be audible outside of your apartment. Special consideration must be taken prior to 8 am and after 10 pm.
- The specific person(s) authorized to occupy your apartment are listed on your rental agreement. Additional or substitute occupants are prohibited without written consent from the management.
- House guests must be registered with the management and may remain only for the time period approved in advance by the management. Houseguests are defined as any guest(s) who remain in an apartment in excess of two consecutive nights.
- Residents are responsible for the conduct of their guests and the adherence to these rules at all times. Residents and guests must be orderly at all times any disturbances caused by occupants or visitors shall be cause for eviction. Residents are also financially responsible for any damages caused by their guests.
- Guardians must supervise their charges at all times. There is no play area designated on the premises.
- Management is not responsible for fire damage or theft of personal property including but not limited to jewelry, money, apparel or other items in said premises, including storage areas, carports and garages.
- Residents are responsible and required to pay for all damage beyond normal wear & tear.
- To avoid plumbing stoppages use a plunger before reporting a stoppage, and preventatively, use liquid plumber in drains every 6 months.
- Cost of repairs for plumbing, stoppage of waste pipes or drains, caused by negligent or improper usage or the introduction of foreign articles or material into the system will be the responsibility of and must be paid for by the resident.
- No trash or other material may be accumulated that will create a hazards or be in violation of any health, fire or safety ordinance or regulation. Apartment must be kept clean and sanitary and free from objectionable odors.
- Each resident shall use only the parking space assigned to him/her. Failure to do so will be construed as illegal parking and such vehicles may be towed away at the resident's expense. Residents shall use the assigned space for the parking of operable, licensed and currently registered passenger automobile. Vehicle mechanical repairs are not to be performed on the premises.
- The roof of the building is off limits to all persons except authorized repair or maintenance personnel
- In the event of emergency or good reason to believe such may exist, landlord reserves the right to enter the premises during resident's absence without prior permission.

"IT IS AGAINST THE LAW TO WRITE BAD CHECKS" (California Civil Code, Section 1719).
If your check is returned due to Non-sufficient funds: Please note that you could be liable for additional penalty of 3x the amount of the check.

RESPONSIBILITY/INDEMNIFICATION: The undersigned TENANT is/are jointly and severally liable for all obligations under this Agreement and shall indemnify Landlord from any liability caused by TENANT or any person in, on or about said Property with the permission of TENANT. In addition, TENANT shall indemnify and hold LANDLORD /OWNER free and harmless from any liability (except for attorney's fees Landlord incurs) arising by reason of the death or injury of any person or damage to any property caused by (A) some act or omission of TENANT or any person in, on or about said Premises with the permission of TENANT; and/or (B) any matter directly connected with TENANT's occupation and use of said Premises.

This Agreement is an integrated contract. In other words, it is the entire agreement between the parties and supersedes any oral or written representations or agreements that may have been made by either party prior to the time of its signing. Any such prior oral or written agreements either have been already incorporated into this Agreement, or have been rescinded and are of no force or effect. No such prior oral or written agreements, if any, shall be used to interpret, modify, or supersede this Agreement. LANDLORD and TENANT, by signing below, acknowledge having read this Agreement before execution, and further acknowledge having received a copy of it. Any written agreement made contemporaneously to, or after this Agreement shall be read to harmonize with the terms of this Agreement whenever possible. This Agreement cannot be amended by any alleged oral agreement. This Agreement is not binding on either party until signed by LANDLORD and TENANT.

By signing below you attest that you understand enough of the English language to have negotiated this contract, and that Miller & Desatnik Management Company made all negotiations with you in English.

The Undersigned Tenant acknowledges having read the foregoing prior to execution and receipt of a copy thereof.

_____     _____
TENANT                                                                                    DATE     08/18/20

_____     _____
TENANT                                                                                    DATE

_____     _____
LANDLORD                                                                              DATE

6