UD-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| JOSEPH L. CRUZ, ESQ.    STATE BAR # 290139<br>JOSEPH L. CRUZ, APC<br>527 W. 7TH STREET, SUITE 903<br>LOS ANGELES, CA 90014<br><br>TELEPHONE NO.: (323) 692-0199    FAX NO. *(Optional)*: (323) 692-0197<br>E-MAIL ADDRESS *(Optional)*: JOE@CRUZAPC.COM<br>ATTORNEY FOR *(Name)*: PLAINTIFF | Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>1/06/2025 11:14 AM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By A. Williams, Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: 1725 MAIN ST.
MAILING ADDRESS: 1725 MAIN ST.
CITY AND ZIP CODE: SANTA MONICA CA 90401
BRANCH NAME: SANTA MONICA

PLAINTIFF: MILLER & DESATNIK MANAGEMENT CO., INC.

DEFENDANT: KRYSTIN A. WILLS

| JUDGMENT—UNLAWFUL DETAINER | CASE NUMBER: |
|---|---|
| ☒ By Clerk    ☒ By Default    ☐ After Court Trial<br>☐ By Court    ☒ Possession Only    ☐ Defendant Did Not Appear at Trial | 24SMUD02728 |

**JUDGMENT**

1. ☒ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☒ **Clerk's Judgment** (Code Civ. Proc., § 1169). For possession only of the premises described on page 2 (item 4).
   e. ☐ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) ☐ plaintiff's testimony and other evidence.
      (2) ☐ plaintiff's or others' written declaration and evidence (Code Civ. Proc., § 585(d)).

2. ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on *(date and time)*:
      before *(name of judicial officer)*:
   b. Appearances by:
      ☐ Plaintiff *(name each)*:          ☐ Plaintiff's attorney *(name each)*:
                                           (1)
                                           (2)
      ☐ Continued on *Attachment* 2b (form MC-025).
      ☐ Defendant *(name each)*:          ☐ Defendant's attorney *(name each)*:
                                           (1)
                                           (2)
      ☐ Continued on *Attachment 2b* (form MC-025).
   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. ☐ A statement of decision (Code Civ. Proc., § 632)  ☐ was not  ☐ was  requested.

**EXHIBIT 4**

| PLAINTIFF: MILLER & DESATNIK MANAGEMENT CO., INC. | CASE NUMBER: 24SMUD02728 |
|---|---|
| DEFENDANT: KRYSTIN A. WILLS | |

**JUDGMENT IS ENTERED AS FOLLOWS BY:**  ☐ **THE COURT**   ☒ **THE CLERK**

3. **Parties.** Judgment is
   a. ☒ for plaintiff (name each):
      MILLER & DESATNIK MANAGEMENT CO., INC.
      and against defendant (name each): KRYSTIN A. WILLS

      ☐ Continued on Attachment 3a (form MC-025).
   b. ☐ for defendant (name each):

4. ☒ The party is entitled to possession of the premises located at (street address, apartment, city, and county):
   128 S. CAMDEN DR., #204, BEVERLY HILLS, CA 90212, LOS ANGELES COUNTY
   ☒ plaintiff named in item 3a   ☐ defendant named in item 3b   ☐ defendant listed on attachment form UD-110P
   in item 8b1 (Code Civ. Proc. § 1174.27.

5. ☐ Judgment applies to all occupants of the premises including tenants, subtenants if any, and named claimants if any (Code Civ. Proc., §§ 715.010, 1169, and 1174.3).

6. **Amount and terms of judgment**

   a. ☐ Defendant named in item 3a above must pay plaintiff on the complaint:
   
   | | | |
   |---|---|---|
   | (1) ☐ | Past-due rent | $ |
   | (2) ☐ | Holdover damages | $ |
   | (3) ☐ | Attorney fees | $ |
   | (4) ☐ | Costs | $ |
   | (5) ☐ | Other (specify): | $ |
   | (6) **TOTAL JUDGMENT** | | $ *POSSESSION ONLY* |

   b. ☐ Plaintiff is to receive nothing from defendant named in item 3b.
      ☐ Defendant named in item 3b is to recover costs: $
      ☐ and attorney fees: $

   c. ☒ The rental agreement is canceled.   ☒ The lease is forfeited.

7. ☐ **Conditional judgment.** Plaintiff has breached the agreement to provide habitable premises to defendant as stated in Judgment—Unlawful Detainer Attachment (form UD-110S), which is attached.

8. ☐ **Other** (specify):

   ☐ Continued on Attachment 8 (form MC-025).

Date:    ☐ _____ JUDICIAL OFFICER

Date: 01/06/2025   ☒ Clerk, by David W. Slayton, Executive Officer/Clerk of Court, A. Williams, Deputy

---

(SEAL)

**CLERK'S CERTIFICATE**
I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by _____, Deputy

UD-110 [New January 1, 2024]    **JUDGMENT—UNLAWFUL DETAINER**    Page 2 of 2
2003 © American LegalNet, Inc.