United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-10933-DS |
| Krystin A Wills | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 24, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

**Recip ID     Recipient Name and Address**
db     + Krystin A Wills, 128 S Camden Dr Apt 204, Beverly Hills, CA 90212-2324

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2025 at the address(es) listed below:**

**Name     Email Address**

Benjamin Heston
    on behalf of Debtor Krystin A Wills bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Joseph Cruz
    on behalf of Creditor Miller & Desatnik Management Co.  Inc. joe@cruzapc.com

Timothy Yoo (TR)
    tjytrustee@lnbyg.com  tjy@trustesolutions.net

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 4

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

**FILED & ENTERED**

**FEB 21 2025**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>KRYSTIN A. WILLS,<br><br>Debtor. | Case No. 2:25-bk-10933-DS<br><br>Chapter 7<br><br>**ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** |

The court having reviewed and considered the "Debtor's Motion to Extend Time to File Case Opening Documents" (the "Motion," Docket No. 10) and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted. The deadline to file case opening documents is extended to February 28, 2025.

###

Date: February 21, 2025

_____
Deborah J. Saltzman
United States Bankruptcy Judge