JOSEPH L. CRUZ, ESQ.
JOSEPH L. CRUZ, APC
527 W. 7th St., Suite 903
Los Angeles, CA 90014
(323) 692-0199 (Tel)
(323) 692-0197 (FAX)
State Bar # 290139
joe@cruzapc.com

Attorney for Movant

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| KRYSTEN A. WILLS,<br><br>　　　　DEBTOR. | CASE NUMBER: 2:25-BK-10933-DS<br><br>CHAPTER: 7<br><br>SUPPLEMENTAL DECLARATION OF HANA DEVATA IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. SECTION 362(I) (UNLAWFUL DETAINER)<br><br>DATE:　　3/13/2025<br>TIME:　　1:00 P.M.<br>COURT:　　1639 |

　　　PLEASE TAKE NOTICE that MILLER & DESATNIK MANAGEMENT CO., INC. ("MOVANT"), through the undersigned counsel, files this attached SUPPLEMENTAL DECLARATION OF HANA DEVATA in support of the MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. SECTION 362(I) (UNLAWFUL DETAINER) (Docket Number 7), in the above-captioned case being heard on 3/13/2025 at TIME in courtroom 1639 of the courthouse located at 255 East Temple Street, Los Angeles, CA 90012.

3/13/2025

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Joseph L. Cruz, Esq.

**UNLAWFUL DETAINER (SUPPLEMENTAL) DECLARATION**

I, (name of declarant) <u>HANA DEVATA</u>, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding Movant's interest in the Property because (specify):

   a. ☐  I am the Movant and owner of the Property.
   b. ☒  I manage the Property as the authorized agent for the Movant.
   c. ☐  I am employed by Movant as (title and capacity):

   d. ☐  Other *(specify)*:

2. a. ☒  I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the rental of this Property. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

   b. ☐  Other (see attached):

3. The Property is:
   ☒ Residential    ☐ Nonresidential

   *Street Address*: 128 S. Camden Dr.
   *Unit/Suite Number*: #204
   *City, State, Zip Code*: Beverly Hills, CA 90212

4. Movant is the ☐ legal owner of the Property, or ☒ the owner's legally authorized agent. A true and correct copy of the trustee's deed upon sale, lease, rental agreement, or other document evidencing Movant's interest in the Property is attached as <u>Exhibit A</u>. A true and correct copy of the applicable document establishing Movant's authority as agent for the owner is attached as Exhibit _____.

5. The Debtor asserts a possessory interest in the Property based upon:
   (1) ☒  a month-to-month tenancy
   (2) ☒  a lease that is in default
   (3) ☐  after a foreclosure sale that was held on *(date)*:_____.
   (4) ☐  other (specify): _____.

6. The Debtor failed to pay:
   a. ☒  The monthly rent of <u>$1,950.48</u> beginning on *(date)*: <u>6/1/2024</u>.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                               Page 7                               **F 4001-1.RFS.UD.MOTION**

    b. ☐ Other obligations including:

        (1) ☐ Common area maintenance charges
        (2) ☐ Property taxes
        (3) ☐ Other obligations (specify):

7. Procedural status

    a. ☒ The lease matured or was rejected on *(date)* 10/25/2024;
        (1) ☒ by operation of law.
        (2) ☐ by order of the court.

    b. ☒ Movant caused a notice to quit to be served upon the Debtor on *(date)* 10/22/2024, and a true and correct copy is attached as Exhibit B.

    c. ☒ Before the bankruptcy petition was filed:

        (1) ☒ Movant filed a complaint for unlawful detainer against the Debtor on *(date)* 11/13/2024, and a true and correct copy is attached as Exhibit C.

        (2) ☐ Trial was held on *(date)* .

        (3) ☐ Trial was continued to (date) .

        (4) ☒ An unlawful detainer judgment against the Debtor was entered on the complaint for unlawful detainer on *(date)* 1/6/2025, and a true and correct copy is attached as Exhibit D.

        (5) ☒ A writ of possession for the Property was issued on *(date)* 1/15/2025, and a true and correct copy is attached as Exhibit E.

    d. ☒ After the bankruptcy petition was filed:

        (1) ☒ The Debtor has not filed and served on the Movant the certification required under 11 U.S.C. § 362(l)(1).

        (2) ☒ The Debtor or adult dependent of the Debtor has not deposited with the clerk any rent that would become due during the 30-day period after the filing of the bankruptcy petition.

        (3) ☒ The Debtor or adult dependent of the Debtor has not filed and served on the Movant the further certification required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has been cured.

        (4) ☐ The Debtor filed and served on the Movant the certification required under 11 U.S.C. § 362(d)(1).

            (A) ☐ Movant filed and served an objection a copy of which is attached as Exhibit _____. A hearing on this objection is set for *(date)* _____ .
            (B) ☐ Movant has not filed and served an objection.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*　　　　　　　　　　　　　　　　Page 8　　　　　　　　　　　　　　　　**F 4001-1.RFS.UD.MOTION**

    (5) ☐ An unlawful detainer action was filed to obtain possession of the Property on grounds of endangerment of the Property or because of illegal use of controlled substances on the Property and Movant has filed a certification that ☐ such action was filed or ☐ that the Debtor has endangered the Property within 30 days preceding the certification or allowed the illegal use of controlled substances on the Property. A copy of Movant's certification is attached hereto as Exhibit _____. The Debtor ☐ has ☐ has not filed an objection to Movant's certification. A copy of the Debtor's objection, if filed, is attached as Exhibit _____. A hearing on this objection is set for:_____.

    (6) ☒ Regular lease payments have not been made after the bankruptcy petition was filed.

8. ☒ The Debtor does not have an interest in the Property that could be assumed or assigned under 11 U.S.C. § 365.

9. ☒ The Property is not necessary to an effective reorganization because it is:

   a. ☒ Residential, and is not producing income for the Debtor.

   b. ☐ Commercial, but no reorganization is reasonably in prospect.

   c. ☐ No longer property of the estate.

   d. ☐ Other (specify):

10. ☐ The bankruptcy case was filed in bad faith:

   a. ☐ Movant is the only creditor or one of few creditors listed in the Debtor's case commencement documents.

   b. ☐ Other bankruptcy cases have been filed in which an interest in the Property was asserted.

   c. ☐ The Debtor filed only a few case commencement documents. Schedules and a statement of financial affairs (or chapter 13 plan, if appropriate) have not been filed.

   d. ☐ Other (specify):

11. ☐ The filing of the bankruptcy petition was part of a scheme to delay, hinder or defraud creditors that involved:

   a. ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of Movant or court approval. See attached continuation page of facts establishing the scheme.

   b. ☐ Multiple bankruptcy cases affecting the Property include:

     (1) Case name:
        Chapter:      Case Number:
        Date Filed:      Date discharge:      Date dismissed:
        Relief from stay regarding the Property ☒ was    ☐ was not    granted

     (2) Case name:_____
        Chapter: _____      Case Number: _____
        Date Filed: _____      Date discharge: _____      Date dismissed: _____
        Relief from stay regarding the Property ☐ was    ☐ was not    granted.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                    Page 9                    **F 4001-1.RFS.UD.MOTION**

(3) Case name:_____
   Chapter: _____    Case Number: _____
   Date Filed: _____    Date discharge: _____    Date dismissed: _____
   Relief from stay regarding the Property ☐ was  ☐ was not granted.

☐ See attached continuation page for information about other bankruptcy cases affecting the Property.
☐ See attached continuation page for additional facts establishing that the multiple bankruptcy cases were part of a scheme to delay, hinder, or defraud creditors.

12. ☐ Enforcement actions taken after the bankruptcy petition was filed are specified in the attached supplemental declaration(s).
   a. ☐ These actions were taken before Movant knew the bankruptcy petition was filed, and Movant would have been entitled to relief from stay to proceed with these actions.
   b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____.
   c. ☐ For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_3.13.2025_    **HANA DEVATA**    _[signature]_
DATE             *PRINTED NAME*                SIGNATURE

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                    Page 10                    F 4001-1.RFS.UD.MOTION

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or proceeding. My business address is: 527 W. 7th Street, Suite 903, Los Angeles, CA 90014.

A true and correct copy of the foregoing document entitled: **SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(l) (with supporting declarations) (UNLAWFUL DETAINER)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 3/13/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Timothy Yoo (TR): tjytrustee@lnbyg.com
Debtor's Attorney: Benjamin Heston: bhestonecf@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 3/13/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Debtor: Krysten A. Wills: 128 S. Camden Dr., #204, Beverly Hills, CA 90212

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* 3/13/2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/13/2025 | JOSEPH L. CRUZ | /s/ Joseph L. Cruz |
|---|---|---|
| DATE | PRINTED | SIGNATURE |