## THREE (3) DAY NOTICE TO PAY RENT OR QUIT
(CCP § 1161(2))

TO: __KRYSTIN A. WILLS__
AND ALL TENANTS, SUBTENANTS, AND OCCUPANTS IN POSSESSION

PLEASE TAKE NOTICE THAT WITHIN THREE (3) DAYS AFTER SERVICE OF THIS NOTICE UPON YOU, EXCLUDING SATURDAYS AND SUNDAYS AND JUDICIAL HOLIDAYS, YOU ARE REQUIRED TO PAY THE RENT NOW DUE AND OWING ON THE PREMISES LOCATED HEREINAFTER DESCRIBED FOR WHICH YOU NOW HOLD POSSESSION, IN THE AMOUNT OF $ __5,926.80__ DUE FROM __6__/__1__/__2024__ THROUGH __10__/__31__/__2024__ OR QUIT AND DELIVER UP THE POSSESSION OF THE PREMISES.

THE PREMISES NOW HELD AND OCCUPIED BY YOU ARE LOCATED AT:

__128 S. CAMDEN DR. #204__

__BEVERLY HILLS, CA 90212__

YOU ARE FURTHER NOTIFIED THAT, IF YOU FAIL TO PAY THE AMOUNT OF RENT DEMANDED ABOVE WITHIN THE PERIOD SPECIFIED IN THE NOTICE, THE UNDERSIGNED DOES HEREBY ELECT TO DECLARE THE FORFEITURE OF YOUR LEASE OR RENTAL AGREEMENT UNDER WHICH YOU NOW HOLD POSSESSION OF THE ABOVE-DESCRIBED PREMISES AND LESSOR WILL INSTITUTE GOOD FAITH LEGAL PROCEEDINGS TO RECOVER RENT AND POSSESSION OF SAID PREMISES AND OTHER SUCH DAMAGES AS MAY BE ALLOWED BY LAW.

CITY OF L.A. / UNINCORPORATED L.A. COUNTY. THE PREMISES CONTAINS THE FOLLOWING NUMBER OF BEDROOMS: ☒ STUDIO / EFFICIENCY ☐ 1-BED ☐ 2-BED ☐ 3-BED ☐ 4-BED.

CITY OF L.A. - THIS NOTICE WAS SERVED IN COMPLIANCE WITH L.A.M.C. SEC. 165.05(B)(5). A COPY OF THIS NOTICE HAS BEEN FILED WITHIN THREE (3) BUSINESS DAYS OF SERVICE WITH THE LOS ANGELES HOUSING DEPARTMENT OR HAS BEEN FILED ELECTRONICALLY AT:
HTTPS://HOUSING.LACITY.ORG/EVICTION-NOTICES.

DATE: __10__/__22__/__2024__                __MILLER & DESATNIK__
                                                                      OWNER / LANDLORD

RENT MUST BE MADE PAYABLE TO __MILLER & DESATNIK__ (OWNER / LANDLORD) AND MAY BE MAILED OR PERSONALLY DELIVERED TO:
Name (of an Individual): __HAVA__
Address: __3623 MOTOR AVE., LOS ANGELES CA 90034__
Telephone: __310-838-1828__
Normal Days & Hours: Monday through Friday from 9:00 A.M. to 5:00 P.M.

EXHIBIT B

THIS NOTICE SUPERSEDES ALL PRIOR NOTICES TO PAY RENT OR QUIT – Rev. 12.08.23