**UD-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: 290139 | FOR COURT USE ONLY |
|---|---|---|
| NAME: Joseph L. Cruz, Esq. | | |
| FIRM NAME: Joseph L. Cruz, APC | | Electronically FILED by Superior Court of California, County of Los Angeles 11/13/2024 11:44 AM David W. Slayton, Executive Officer/Clerk of Court, By J. Harding, Deputy Clerk |
| STREET ADDRESS: 527 W. 7th Street, Suite 903 | | |
| CITY: Los Angeles    STATE: CA    ZIP: 90014 | | |
| TELEPHONE NO: (323) 692-0199    FAX: (323) 692-0197 | | |
| EMAIL ADDRESS: joe@cruzapc.com | | |
| ATTORNEY FOR (name): PLAINTIFF | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: 1725 MAIN ST.
MAILING ADDRESS: 1725 MAIN ST.
CITY AND ZIP CODE: SANTA MONICA CA 90401
BRANCH NAME: SANTA MONICA

PLAINTIFF: MILLER & DESATNIK MANAGEMENT CO., INC.
DEFENDANT: KRYSTIN A. WILLS
☒ DOES 1 TO 10 inclusive

**COMPLAINT — UNLAWFUL DETAINER***
☒ COMPLAINT ☐ AMENDED COMPLAINT (Amendment Number):

CASE NUMBER: 24SMUD02728

**Jurisdiction** (check all that apply):
☒ **ACTION IS A LIMITED CIVIL CASE** (amount demanded does not exceed $35,000)
  Amount demanded  ☒ does not exceed $10,000
                   ☐ exceeds $10,000
☐ **ACTION IS AN UNLIMITED CIVIL CASE** (amount demanded exceeds $35,000)
☐ **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint (check all that apply):
  ☐ from unlawful detainer to general unlimited civil (possession not in issue)   ☐ from limited to unlimited
  ☐ from unlawful detainer to general limited civil (possession not in issue)     ☐ from unlimited to limited

1. *PLAINTIFF (name each):* MILLER & DESATNIK MANAGEMENT CO., INC.
   alleges causes of action against *DEFENDANT (name each)*: KRYSTIN A. WILLS

2. a. Plaintiff is (1) ☐ an individual over the age of 18 years.    (4) ☐ a partnership.
      (2) ☐ a public agency.    (5) ☒ a corporation.
      (3) ☐ other *(specify):*
   b. ☐ Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify):*

3. a. *The venue is the court named above because defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):* 128 S. CAMDEN DR., #204, BEVERLY HILLS, CA 90212, LOS ANGELES COUNTY
   b. The premises in 3a are *(check one)*
      (1) ☒ within the city limits of *(name of city)*: BEVERLY HILLS, CA 90212
      (2) ☐ within the unincorporated area of *(name of county):*
   c. The premises in 3a were constructed in *(approximate year)*: 1931

4. Plaintiff's interest in the premises is ☐ as owner ☒ other *(specify):* LANDLORD

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

EXHIBIT C

***NOTE:** Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

UD-100 [Rev. January 1, 2024]    **COMPLAINT—UNLAWFUL DETAINER**    Page 1 of 4

6. a. On or about *(date)*: 09/01/20
    defendant(s) *(name each)*: KRYSTIN A. WILLS

    agreed to rent the premises as ☐ month-to-month tenancy ☒ other tenancy (specify): 1-YEAR TERM
    (1) agreed to pay rent of $1,890.00 payable ☒ monthly ☐ other *(specify frequency)*:
    (2) agree to pay rent on the ☒ first of the month ☐ other day *(specify)*:
  b. This ☒ written ☐ oral agreement was made with
    (1)    ☒ plaintiff.                                      (3) ☐ plaintiff's predecessor in interest.
    (2)    ☐ plaintiff's agent.                              (4) ☐ other *(specify)*:
  c. ☒ The defendants not named in item 6a are
    (1)    ☐ subtenants.
    (2)    ☐ assignees.
    (3)    ☒ other *specify)*: Unauthorized subtenants
  d. ☒ The agreement was later changed as follow *(specify)*: RENT INCREASED TO $1,950.48.
  e. ☐ A copy of the written agreement, including any addenda or attachments that for the basis of this complaint, is attached and labeled as Exhibit 1 *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*
  f.  ☒ *(For residential property)* A copy of the written agreement is **not** attached because *(specify reason)*:
    (1)    ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
    (2)    ☒ this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).
7. The tenancy described in 7 *(complete (a) or (b))*
  a. ☐ is **not** subject to the Tenant Protection Act of 2019 (Civil Code, § 1946.2). The specific subpart supporting why tenancy is exempt is *(specify)*:
  b. ☒ is subject to the Tenant Protection Act of 2019.
8. *(Complete only if item 7b is checked. Check all applicable boxes.)*
  a. ☒ The tenancy was terminated for at-fault just cause (Civil Code, § 1946.2(b)(1)).
  b. ☐ The tenancy was terminated for no-fault just cause (Civil Code, § 1946.2(b)(2)) and the plaintiff *(check one)*
    (1)    ☐ waived the payment of rent for the final month of the tenancy, before rent came due, under
             section 1946.2(d)(2), in the amount of:
    (2)    ☐ provided a direct payment of one month's rent under section 1946.2(d)(3), equaling
             To *(name each defendant and amount given to each):*
  c. ☐ Because defendant failed to vacate, plaintiff is seeking to recover the total amount in 8b as damages in this action.
9. a. ☒ Defendant *(name each)*: KRYSTIN A. WILLS
    was served the following notice on the same date and in the same manner:

    (1) ☒ 3-day notice to pay rent or quit     (5) ☐ 3-day notice to perform covenant or quit
    (2) ☐ 30-day notice to quit                        *(not applicable if item 7b checked)*
    (3) ☐ 60-day notice to quit                (6) ☐ 3-day notice to quit under Civil Code, § 1946.2(c)
    (4) ☐ 3-day notice to quit                     Prior required notice to perform covenants served *(date)*:
                                               (7) ☐ Other *(specify)*:

9. b. (1) On *(date)*: 10/25/2024 the period stated in the notice checked in 9a expired at the end of the day
     (2) Defendants failed to comply with the requirements of the notice by that date.
   c. All facts stated in the notice are true.
   d. ☒ The notice included an election of forfeiture.
   e. ☒ A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166. When Civil Code, § 1946.2(c), applies, and two notices are required, provide copies of both).*
   f. ☐ One or more defendants were served (1) with the prior required notice under Civil Code, § 1946.2(c), (2) with a different notice, (3) on a different date, or (3) in a different manner, as stated in Attachment 10c. *(Check item 10c and attach a statement providing the information required by items 9a-e and 10 for each defendant and notice.)*

10. a. ☒ The notice in item 9a was served on the defendant named in item 9a as follows
    (1) ☐ by personally handing a copy to defendant on *(date):*
    (2) ☐ by leaving a copy with *(name or description)*:
         a person of suitable age and discretion, on *(date)*:  at defendant's
           ☐ residence ☐ business AND mailing a copy to defendant at defendant's place of residence on *(date)*:
           because defendant cannot be found at defendant's residence
         or usual place of business.
    (3) ☒ by posting a copy on the premises on *(date)*: 10/22/2024
         ☒ AND mailing a copy to defendant at the premises on *(date)*: 10/22/2024
         (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
         (b) ☒ because no person of suitable age or discretion can be found there.
    (4) ☐ *(Not for 3-day notice; see Civil Code, § 1946 before using)* by sending a copy by certified or registered mail addressed to defendant on *(date):*
    (5) ☐ *(Not for residential tenancies; see Civil Code, § 1953 before using)* in the manner specified in a written commercial lease between the parties
   b. ☐ *(Name)*:
        was served on behalf of all defendants who signed a joint written rental agreement.
   c. ☐ Information about service of notice on the defendants alleged in item 9f is stated in Attachment 10c.
   d. ☐ Proof of service of the notice in item 9a is attached and labeled Exhibit 3.

11. ☐ *Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.*
12. ☒ *At the time the 3-day notice to pay rent or quit was served, the amount of **rent due** was $5,926.80.*
13. ☒ *The fair rental value of the premises is $65.01 per day.*
14. ☐ *Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). (State specific facts supporting a claim up to $600 in Attachment 14.)*
15. ☒ *A written agreement between the parties provides for attorney fees.*
16. ☒ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*
    BEVERLY HILLS RENT CONTROL (1978)

    Plaintiff has met all applicable requirements of the ordinance.
17. ☐ Other allegations are stated in Attachment 17.
18. Plaintiff accepts the jurisdictional limit, if any, of the court.

| PLAINTIFF(Name): | CASE NUMBER: |
|---|---|
| DEFENDANT(Name): KRYSTIN A. WILLS | |

**19. PLAINTIFF REQUESTS**

    a. possession of the premises.
    b. costs incurred in this proceeding:
    c. ☒ past-due rent of
       $5,926.80
    d. ☒ reasonable attorney fees.
    e. ☒ forfeiture of the agreement.

    f. ☐ damages in the amount of waived rent or relocation assistance as stated in item 8: $
    g. ☒ damages at the rate stated in item 13 from 11/1/2024
       for each day that defendants remain in possession through entry of judgment
    h. ☐ statutory damages up to $600.00 for the conduct alleged in item 14.
    i. ☒ other *(specify):* As the court deems proper.

20. ☐ Number of pages attached *(specify):*

### UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400-6415)

21. ☐ *(Complete in all cases.)* An unlawful detainer assistant ☒ did **not** ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received **any** help or advice for pay from an unlawful detainer assistant, complete a-f:)*

    a. Assistance's name:
    b. Street address, city, and zip code:

    c. Telephone no.:
    d. County of registration:
    e. Registration no:
    f. Expires on

Date: 11/4/2024

Joseph L. Cruz, Esq.
(TYPE OR PRINT NAME)

*J L cruz*
(SIGNATURE)

### VERIFICATION
*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true an correct.

Date:

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

# VERIFICATION

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I have read the foregoing: **COMPLAINT FOR UNLAWFUL DETAINER** and know its contents.

### CHECK APPLICABLE PARAGRAPHS

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☒ I am:
    ☐ an Officer
    ☐ a Partner
    ☒ an Agent
of PLAINTIFF, a party to this action, and I am authorized to make this verification for and on its behalf, and I make this verification for that reason.

☒ The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am informed and believe and, on that ground, allege that the matters stated in the foregoing document are true.

☐ I am one of the attorneys for PLAINTIFF, a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

I declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

This declaration was executed on **11** / **04** / **24** at LOS ANGELES, CALIFORNIA.

HANA DEVATA
AGENT FOR PLAINTIFF