United States Bankruptcy Court

Central District of California

In re: Case No. 25-10933-DS

Krystin A Wills  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 3
Date Rcvd: May 19, 2025 Form ID: 318a Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Krystin A Wills, 128 S Camden Dr Apt 204, Beverly Hills, CA 90212-2324 |
| 42329036 | | Alan & Therese Reinhardt, 18 S Alydar Blvd, Dillsburg, PA 17019-9373 |
| 42329040 | | GR Isidro, 1443 E Washington Blvd Pmb 233, Pasadena, CA 91104-2650 |
| 42444218 | | JOLANA NIKA, 732 N ORLANDO AVE, W HOLLYWOOD, CA 90069-5444 |
| 42329045 | + | Miller and Desatnik Management, 3623 Motor Ave, Los Angeles, CA 90034-5797 |
| 42444226 | | PROVIDENCE ST JOHN HOSPITAL, 2121 SANTA MONICA BLVD, SANTA MONICA, CA 90404-2303 |
| 42444227 | | THE HUGHES FAMILY TRUST, C/O NOKES & QUINN, 410 BROADWAY ST STE 200, LAGUNA BEACH, CA 92651-1827 |
| 42444231 | | WISE, 30 W 26TH ST FL 6, NEW YORK, NY 10010-2073 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FTJYOO | May 20 2025 05:02:00 | Timothy Yoo (TR), Levene Neale Bender Yoo & Golubchik, 2818 La Cienega Avenue, Los Angeles, CA 90034-2618 |
| smg | | EDI: EDD.COM | May 20 2025 05:02:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | May 20 2025 05:02:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | May 20 2025 01:12:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 42329037 | | EDI: CAPITALONE.COM | May 20 2025 05:02:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42444151 | | EDI: JPMORGANCHASE | May 20 2025 05:02:00 | Chase Bank, PO BOX 6294, CAROL STREAM, IL 60197-6294 |
| 42329038 | | Email/PDF: creditonebknotifications@resurgent.com | May 20 2025 01:35:08 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 42444153 | | EDI: CALTAX.COM | May 20 2025 05:02:00 | FRANCHISE TAX BOARD, PERSONAL BANKRUPTCY MS A340, PO BOX 2952, SACRAMENTO, CA 95812-2952 |
| 42329039 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 20 2025 01:12:00 | Goldman Sachs / Apple Card, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 42444150 | | EDI: IRS.COM | May 20 2025 05:02:00 | Internal Revenue Service, CENTRALIZED INSOLVENCY OPERATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 19, 2025 | Form ID: 318a | Total Noticed: 26 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 42329041 | Email/Text: bankruptcy@kikoff.com | May 20 2025 01:12:00 | KikOff Lending, 200 S Virginia St Ste 460, Reno, NV 89501-2402 |
| 42329043 | Email/PDF: resurgentbknotifications@resurgent.com | May 20 2025 01:34:48 | LVNV Funding, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 42329044 | EDI: MERCEDES | May 20 2025 05:02:00 | Mercedes-Benz Financial Services, PO Box 685, Roanoke, TX 76262-0685 |
| 42329046 | EDI: NFCU.COM | May 20 2025 05:02:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 42444224 | ^ MEBN | May 20 2025 01:09:17 | PAYPAL / VENMO, 9999 N 90TH ST, SCOTTSDALE, AZ 85258-4420 |
| 42329047 | EDI: PRA.COM | May 20 2025 05:02:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 42329049 | Email/Text: bankruptcy@self.inc | May 20 2025 01:12:00 | Self Financial, 901 E 6th Street, Suite 400, Austin, TX 78702 |
| 42329051 | + Email/Text: bankruptcynotices@sba.gov | May 20 2025 01:13:00 | US Small Business Administration, 312 N Spring St Fl 5, Los Angeles, CA 90012-4701 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Mercedes-Benz Financial Services USA LLC |
| cr | | Miller & Desatnik Management Co., Inc. |
| 42329042 | ## | Lead Bank, 515 Congress Ave Ste 2200, Austin, TX 78701-3560 |
| 42329048 | ##+ | Regus, 3000 Kellway DRive, Suite 140, Carrollton, TX 75006-3355 |
| 42329050 | ## | Sequoia Concepts, 28632 Roadside Dr Ste 110, Agoura Hills, CA 91301-6074 |

TOTAL: 2 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 21, 2025                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Krystin A Wills bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Joseph Cruz | on behalf of Creditor Miller & Desatnik Management Co. Inc. joe@cruzapc.com |
| Sheryl K Ith | on behalf of Creditor Mercedes-Benz Financial Services USA LLC sith@cookseylaw.com |

District/off: 0973-2 | User: admin | Page 3 of 3
Date Rcvd: May 19, 2025 | Form ID: 318a | Total Noticed: 26

Timothy Yoo (TR)
    tjytrustee@lnbyg.com tjy@trustesolutions.net

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Krystin A Wills<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7541<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   __–_____ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 2:25-bk-10933-DS | |

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Krystin A Wills

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 5/19/25

**Dated:** 5/19/25

**By the court:** Deborah J. Saltzman
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

32/AUTU

For more information, see page 2 >

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**